JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, | CV 22-6247 PA (KSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BROAN-NUTONE, LLC, ET AL., | |
| Defendants. | |

Pursuant to the Court's August 10, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.


DATED:  August 10, 2023                    _____

                                                                    Percy Anderson
                                                     UNITED STATES DISTRICT JUDGE